545 P.2d 46

**Giles HUBBARD and Elsie W. Hubbard, husband and wife, Appellants,**

**v.**

**Hall M. MATLOCK, Appellee.**

**No. 12347–PR.**

Supreme Court of Arizona.

Feb. 2, 1976.

## STIPULATION & ORDER FOR DISMISSAL OF APPEAL *

The undersigned, as Attorneys for the parties in the above entitled Appeal, hereby stipulate that the Appellants' Appeal in the above entitled matter shall be dismissed, on the basis that the parties have reached an amicable settlement.

DATED: 1/28/76

ERIK M. O'DOWD, Esq.
82 South Stone
Tucson, Arizona 85701

By (s) Erik M. O'Dowd

SLUTES, ZLAKET, SAKRISON & WASLEY
310 Transamerica Building
Tucson, Arizona 85701

By (s) D. Thompson Slutes

D. Thompson Slutes

ORDER

Upon reading the foregoing Stipulation, and good cause appearing,

It is hereby ordered that the Appeal in the above entitled matter shall be and the same is hereby dismissed.

(s) James Duke Cameron

Chief Justice of the
Supreme Court

---

* Opinion of Court of Appeals, 24 Ariz.App. 554, 540 P.2d 173.